# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 09-0150-RC<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date:　November 18, 2009<br>Trial Time:　9:00 a.m.<br>Mag. Judge:　Hon. Rosalyn M. Chapman |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the stipulation of counsel, the above-captioned matter is hereby dismissed, in its entirety, with prejudice.

///

///

///

///

1 | The Hon. Rosalyn M. Chapman shall retain jurisdiction for purposes of
2 | enforcing the payment provisions of the parties' settlement agreement.
3
4 |     **IT IS SO ORDERED.**
5 | Dated: September 14, 2009        __/s/ Rosalyn M. Chapman_
                                                              Hon. Rosalyn M. Chapman